IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3056-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ANGEL ABARCA SANDOVAL, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the mandate of the United States Court of Appeals for the Eighth Circuit,

IT IS ORDERED that this matter is referred to Magistrate Judge Piester to conduct an evidentiary hearing on Defendant's claim that he is entitled to the benefit of the prison mailbox rule.

June 26, 2007.              BY THE COURT:

                            s/ *Richard G. Kopf*
                            United States District Judge