```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3056 |
| | ) | |
| v. | ) | |
| | ) | |
| ANGEL ABARCA SANDOVAL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The Federal Public Defender for the District of Nebraska is appointed to represent the above named defendant on his § 2255 motion, filing 117, regarding the issue of whether the defendant is entitled to the benefit of the prison mailbox rule regarding the filing of a certificate of appealability.

The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified to represent the defendant in accordance with the Criminal Justice Act Plan for this district.

DATED this 28th day of June, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge