IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiffs,      )<br>                              )<br>       v.                     )<br>                              )<br> ANGEL ABARCA SANDOVAL,       )<br>                              )<br>            Defendant.        )<br>                              ) | 4:03CR3056<br><br>ORDER |

On the court's own motion,

IT IS ORDERED:

The evidentiary hearing that was set for July 31 is continued to August 6, 2007 at 1:30 p.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

The United States Marshal shall produce the defendant for the hearing.

DATED this 26th day of July, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge